# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>2.703 ACRES OF LAND, MORE OR LESS, SITUATE IN STARR COUNTY, STATE OF TEXAS; AND MARILU MOLINA, *ET AL*.,<br><br>　　　　　　　　Defendants. | CASE NO. 7:20-CV-267<br>(LEAD CASE)<br><br>TRACTS: RGV-RGC-2048<br>　　　　　 RGV-RGC-2048-1 |
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>0.760 ACRES OF LAND, MORE OR LESS, SITUATE IN STARR COUNTY, STATE OF TEXAS; AND YOLANDA M. BELMOTES, *ET AL*.,<br><br>　　　　　　　　Defendants. | CASE NO. 7-20-CV-277<br>(MEMBER CASE)<br><br>TRACTS: RGV-RGC-2046<br>　　　　　 RGV-RGC-2046-1 |
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>2.057 ACRES OF LAND, MORE OR LESS, SITUATE IN STARR COUNTY, STATE OF TEXAS; AND RODOLFO R. MOLINA, *ET AL*.,<br><br>　　　　　　　　Defendants. | CASE NO. 7-20-CV-421<br>(MEMBER CASE)<br><br>TRACTS: RGV-RGC-2047<br>　　　　　 RGV-RGC-2047-1 |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>0.688 ACRES OF LAND, MORE OR LESS, SITUATE IN STARR COUNTY, STATE OF TEXAS; AND MARIA MAGDALENA ESCOBAR, *ET AL*.,<br><br>　　　　　　　　Defendants. | CASE NO. 7-20-CV-423<br>(MEMBER CASE)<br><br>TRACTS: RGV-RGC-2045 |
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>0.643 ACRES OF LAND, MORE OR LESS, SITUATE IN STARR COUNTY, STATE OF TEXAS; AND OLGA O. MOLINA ESCOBAR, *ET AL*.,<br><br>　　　　　　　　Defendants. | CASE NO. 7-20-CV-426<br>(MEMBER CASE)<br><br>TRACTS: RGV-RGC-2043 |
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>0.665 ACRES OF LAND, MORE OR LESS, SITUATE IN STARR COUNTY, STATE OF TEXAS; AND ALMA NORA IBARRA, *ET AL*.,<br><br>　　　　　　　　Defendants. | CASE NO. 7-20-CV-427<br>(MEMBER CASE)<br><br>TRACTS: RGV-RGC-2044 |

**NOTICE OF WITHDRAW FOR THE UNITED STATES**

Please take notice that the undersigned Assistant United States Attorney, Manuel Muniz Lorenzi, hereby withdraws as counsel of record and requests that he be terminated as Counsel for the United States of America on the Court's docket. Manuel Muniz Lorenzi further requests he no longer receive ECF notifications in this case. Assistant United States Attorney Roland D. Ramos should continue to be designated as lead counsel in this matter, and Assistant United States Attorney P. Conner Kirtley should continue to be designated as co-counsel.

Respectfully submitted,

JENNIFER B. LOWERY
Acting United States Attorney
Southern District of Texas

By:     *s/ Roland D. Ramos*
ROLAND D. RAMOS
Assistant United States Attorney
Southern District of Texas No. 3458120
Texas Bar No. 24096362
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Roland.Ramos@usdoj.gov
Attorney in Charge for Plaintiff

P. CONNER KIRTLEY
Assistant United States Attorney
Southern District of Texas No. 3563689
Oklahoma Bar No. 32440
11204 McPherson Road 83, Suite 100 A
Laredo, Texas 78045
Telephone:  956-723-6523
Facsimile: (956) 618-8016
E-mail: Philip.Kirtley@usdoj.gov
Attorney for Plaintiff
and

By:     *s/ Manuel Muniz Lorenzi (with permission)*
MANUEL MUNIZ LORENZI
Assistant United States Attorney
Southern District of Texas No. 338159

Puerto Rico Bar No. 21246
Torre Chardón, Suite 1201
350 Chardón Avenue
San Juan, Puerto Rico 00918
Telephone: (787) 772-3945
E-mail: Manuel.Muniz.Lorenzi@usdoj.gov

## CERTIFICATE OF SERVICE

I, Roland D. Ramos, Assistant United States Attorney for the Southern District of Texas, do hereby certify that on May 5-6, 2021, a copy of the foregoing was served in accordance with the Federal Rules of Civil Procedure.

By:   *s/ Roland D. Ramos*
**ROLAND D. RAMOS**
Assistant United States Attorney